# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DALLAS WELDON and BOB LUJANO, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 1:20-cv-02030-CLM ) |
| SCHUSTER ENTERPRISES, INC., | ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Dallas Weldon and Bob Lujano, and Defendant, Schuster Enterprises, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice, respectfully requesting that the Court enter an Order dismissing this action with prejudice, with costs taxed as paid. As grounds therefore, the Parties state as follows:

1. The Parties have reached a private settlement agreement resolving all claims asserted in this action.

2. In light of the settlement, the Parties respectfully request that this Court enter an Order dismissing this action with prejudice with costs taxed as paid, but retaining jurisdiction over this action for the sole purpose of enforcing the terms of the Settlement Agreement and Release.

**Respectfully Submitted: October 26, 2021**

{B4161084}

*s/ Breanna H. Young*
Arnold W. Umbach III (ASB-1932-M66A)
Breanna H. Young (ASB-9133-A52H)
**STARNES DAVIS FLORIE LLP**
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
205-868-6000 (Phone)
205-868-6099 (Fax)
*tumbach@starneslaw.com*
*byoung@starneslaw.com*

Attorneys for Defendant

*s/Peter H. Burke\**
Peter H. Burke
Crumley Roberts, LLP
3535 Grandview Parkway, Suite 100
Birmingham, Alabama 35243
*phburke@crumleyroberts.com*

*s/John Allen Fulmer II\**
John Allen Fulmer II
FULMER LAW FIRM, P.C.
2330 Highland Avenue
Birmingham, Alabama 35205
*jaf@jafulmerlaw.com*

Attorneys for Plaintiffs


*With express permission.